UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREG PENTERIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 14-cv-3490 |
| | ) | |
| CITGO PETROLEUM CORPORATION, | ) | Judge Sara L. Ellis |
| DISA, INC. a/k/a Lenox Healthcare, | ) | |
| and PRIORITY STAFFING, LTD., | ) | Magistrate Judge Young B. Kim |
| | ) | |
| Defendants. | ) | |

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, counsel for Greg Penteris, Plaintiff herein, and Citgo Petroleum Corporation, Disa, Inc. a/k/a Lenox Healthcare, and Priority Staffing, Ltd., Defendants herein, hereby stipulate to the dismissal with prejudice of the instant action.  Each party shall bear its own fees and costs.

Respectfully submitted,

GREG PENTERIS                                  CITGO PETROLEUM CORPORATION

By:  s/Barry A. Gomberg                        By:  s/Michael J. Gray
    Barry A. Gomberg                                    Michael J. Gray
    Barry A. Gomberg & Associates, Ltd.                 Julie M. Baker
    53 West Jackson Blvd., Ste. 1350                    Kathryn T. Armistead
    Chicago, Illinois  60604                            Jones Day
    (312) 922-0550                                      77 West Wacker Drive
                                                                  Chicago, IL  60601-1692
                                                                  (312) 782-3939

                                              DISA, INC. a/k/a Lenox Healthcare

                                          By:  s/Holly Williamson
                                                   Holly Williamson
                                                   William M. Reed
                                                 Hunton & Williams, LLP
                                                 700 Louisiana, Suite 4200
                                                 Houston, TX  77002
                                                 (713) 229-5700

        PRIORITY STAFFING, LTD.

By:   s/Kirk D. Bagrowski
      Robert J. Feldt
      Kirk D. Bagrowski
      Eichhorn & Eichhorn, LLP
      200 Russell Street
      P.O. Box 6328
      Hammond, IN  46325
      (219) 931-0560

## **CERTIFICATE OF SERVICE**

To: Michael J. Gray
Julie M. Baker
Kathryn T. Biggart
Jones Day
77 West Wacker
Chicago, IL  60601-1692

Holly Williamson
William M. Reed
Hunton & Williams, LLP
700 Louisiana, Suite 4200
Houston, TX  77002

Robert J. Feldt
Kirk D. Bagrowski
Eichhorn & Eichhorn, LLP
200 Russell Street
P.O. Box 6328
Hammond, IN  46325

The undersigned certifies that a true and correct of the forgoing Stipulation of Dismissal was served via CM/ECF electronic mail service on Defendants' counsel of record on January 8, 2016.

By⎯⎯s/ Barry A. Gomberg⎯⎯⎯