UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Greg Penteris

                              Plaintiff,

v.                                                  Case No.: 1:14−cv−03490
                                                          Honorable Sara L. Ellis

Citgo Petroleum Corporation, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 12, 2016:

       MINUTE entry before the Honorable Sara L. Ellis: Pursuant to Stipulation of Dismissal [98] this action is dismissed with prejudice. Each party shall bear its own fees and costs. All pending dates are terminated as moot. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.